UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE                    DATE: 2/10/2022
                                                                                                                                                   TIME: 10:30 AM
☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE:** 2:21-cv-02209-DRH-JMW, Argento v. Suburban Bus Transportation, Inc. et. al.

APPEARANCES:

    For Plaintiff:   Peter A. Romero

    For Defendant:   Michael A. D'Auria

Court Reporter/FTR: 10:37-10:40 (tel.)

**THE FOLLOWING RULINGS WERE MADE:**

☒    Status Conference held. The parties advised the Court that the settlement agreement has been finalized. The parties shall file a Stipulation of Dismissal on or before 2/24/2022.

                                            SO ORDERED
                                            /s/James M. Wicks
                                            JAMES M. WICKS
                                            United States Magistrate Judge