UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GINA ARGENTO,

                  Plaintiff,

  -against-

SUBURBAN BUS TRANSPORTATION, INC. and
ANTOINE CLAIRANT,

                  Defendants.
-------------------------------------------------------------------X

Case No.: 21-cv-02209
(DRH) (SIL)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, by and through their respective attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and all claims asserted herein are hereby dismissed against all parties, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party.

      IT IS FURTHER HEREBY STIPULATED AND AGREED that this Stipulation may be executed in counterparts, all of which counterparts, taken together, shall constitute one and the same instrument; and that facsimile and/or electronic signatures to this stipulation may be treated and deemed as original signatures.

Dated: Woodbury, New York
       March 8, 2022

| | |
|---|---|
| LAW OFFICE OF PETER A. ROMERO PLLC | MILBER MAKRIS PLOUSADIS & SEIDEN, LLP |
| /s/ Peter A. Romero | /s/ Michael A. D'Auria |
| Peter Arcadio Romero, Esq. | Michael A. D'Auria, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| *GINA ARGENTO* | *SUBURBAN BUS TRANSPORTATION, INC. and ANTOINE CLAIRANT* |
| 825 Veterans Highway, Suite B | 1000 Woodbury Road, Suite 402 |
| Hauppauge, New York 11788 | Woodbury, New York 11797 |
| (631) 257-5588 | (516) 712-4000 |
| Promero@RomeroLawNY.com | mdauria@milbermakris.com |
| | File No.: 420-20400 |